IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PAUL G. PALECEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-4017-CV-C-GAF-SSA |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is Plaintiff's Response to this Court's June 17, 2009 Order to Show Cause in which Plaintiff requests Plaintiff requests an extension of time to obtain service upon Defendant. For good cause shown, it is

ORDERED that Plaintiff is granted an extension of time to and including August 1, 2009, within which to obtain service upon Defendant.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 29, 2009