IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PAUL G. PALECEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-4017-CV-C-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO REMAND
### PURSUANT TO SENTENCE SIX OF SECTION 205(g)

Now pending before the Court is Defendant's Motion to Remand Pursuant to Sentence Six of Section 205(g) the above referenced case. For good cause shown, it is

ORDERED that the above referenced case is remanded pursuant to sentence six of section 205(g), 42 U.S.C. § 405(g) to the Commissioner.

                                                s/ Gary A. Fenner
                                                Gary A. Fenner, Judge
                                                United States District Court

DATED: September 29, 2009