# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| PAUL G. PALECEK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-4017-CV-C-GAF-SSA ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND AND FOR ENTRY OF FINAL JUDGMENT

Now pending before the Court is Defendant's Motion to Reverse and Remand and for Entry of Final Judgment. For good cause shown, it is

ORDERED that the decision of the Administrative Law Judge is reversed and remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).


s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: January 6, 2010