IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PAUL G. PALECEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-4017-CV-C-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING IN PART APPLICATION FOR AWARD OF ATTORNEYS' FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Now pending before the Court is Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act. The Court having considered said application and Defendant's response thereto, it is

ORDERED that Plaintiff is awarded attorneys fees and expenses in the total amount of $2,912.72, to be made payable directly to Plaintiff's counsel.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: January 19, 2010